Commonwealth *v.* Miscavage et al., Appellants.

Argued September 14, 1970. *John G. Zapotok,* with him *Arthur D. Dalessandro,* for appellant; *Jerry B. Chariton,* Assistant District Attorney, with him *Charles D. Lemmond, Jr.,* First Assistant District Attory, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Myers, Appellant.

Submitted September 14, 1970. *Daniel C. Barrish,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Myers, Appellant.

Submitted September 14, 1970. *Daniel C. Barrish,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney,